UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN JONES,

        Plaintiff,

v.

THE URBAN LEAGUE OF
SPRINGFIELD, et al.,

        Defendant.

DOCKET NO. 3:04-cv-30215-KPN (MAP)

PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify pursuant to Local Rule 16.1 (D)(3) that has conferred with counsel on the following topics:

a)    establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and

b)    options for resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATE: 3/23/05

_____
BRIAN JONES