UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04CV30215-KPN

| | |
|---|---|
| BRIAN JONES,<br>  Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| THE URBAN LEAGUE OF<br>SPRINGFIELD, INC. AND CAMP<br>ATWATER,<br>  Defendants. | )<br>)<br>)<br>)<br>) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned certify that the defendant and its counsel have conferred with a view to

establishing a budget for costs of conducting a full course – and various alternative courses – of

the litigation and to consider the resolution of the litigation through the use of Alternative

Dispute Resolution programs such as those outlined in local rule 16.4.

The Defendant,
The Urban League of Springfield, Inc.


Glenn Davis
Senior Vice President


Counsel for Defendant


Robert L. Leonard, Esq.
Doherty, Wallace, Pillsbury
  & Murphy, P.C.
BBO # 294060
One Monarch Place, Suite 1900
Springfield, MA 01144-1900
Tel: (413) 733-3111
Fax: (413) 734-3910

263577-1

<u>CERTIFICATE OF SERVICE</u>

I, Robert L. Leonard, Esq., hereby certify that on April 6, 2005, I served a copy of the foregoing document on the parties to the case by mailing a copy of the same postage prepaid to:

Suzanne Garrow, Esq.
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103

_____
Robert L. Leonard, Esq.