UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRIAN JONES, )<br>           Plaintiff    )<br>                           )<br>v.                         )<br>                           )<br>                           )<br>THE URBAN LEAGUE OF        )<br>SPRINGFIELD, et al.,       )<br>           Defendants )  | | Civil Action No. 04-30215-MAP |

SCHEDULING ORDER
April 4, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by April 10, 2005.

2. All interrogatories and requests for production shall be served by July 15, 2005.

3. Non-expert depositions shall be completed by November 14, 2005.

4. Counsel shall appear for a case management conference on November 18, 2005, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

                              /s/ Kenneth P. Neiman
                              KENNETH P. NEIMAN
                              U.S. Magistrate Judge