# EXHIBIT A

SUMMER CAMP EMPLOYMENT APPLICATION

*Please type or print legibly; use additional sheets if necessary*

**Camp Atwater**
C/O Urban League of Springfield, Inc.
756 State Street
Springfield, MA 01109
(413) 739-7211, ext. 102

Date of Application: 6/10/03

___ 18 or older
___ 21 or older

### 1. PERSONAL INFORMATION

First Name: Brian          Last Name: Jones

Date of Birth: 8 / 27 / 85    Social Security #: 020666662

Permanent Address: 46 Windsor St

City: Springfield    State: MA    Zip: 01103    Area Code/Phone#: (413) 788-3635

School/ Present Address: _____

City: ___  State: ___  Zip: ___  Area Code/Phone#: (___)___
Date of Expiration: _____

If you are hired, would you desire or need housing for any person(s) other than yourself at camp?
___ Yes    ✓ No

POSITION DESIRED (Please state the positions for which you would like to be considered)
Counselor or Kitchen worker

### 2. BACKGROUND (Please list most recent experience first)

| EDUCATION: Schools/Colleges | Dates Attended | Major | Degree Granted |
|---|---|---|---|
| 1. W.N. DeBerry | 91-95 | | graduated |
| 2. Elias Brookings | 95-99 | | graduated |
| 3. Putnam voc tech high | 99-03 | commercial art | Diploma |

WORK EXPERIENCE:

| Job Title | Employer/Telephone | Dates (From-To) | Responsibilities |
|---|---|---|---|
| 1. N/A | | | |
| 2. | | | |
| 3. | | | |

PLEASE DESCRIBE YOUR LEADERSHIP EXPERIENCE:
I play a lot of basketball in the summertime. I have learned a bunch of things and I teach them to my younger relatives.

1

### 3. CAMP EXPERIENCE AS A CAMPER OR CAMP STAFF MEMBER:

| A Camper or a Staff Member? | Camp Name | Employer Name/Address | Dates |
|---|---|---|---|
| 1. N/A | | | |
| 2. | | | |

### 4. AREA OF EXPERTISE (In the following list, place a "1" before all activities you are able to organize/ teach; "2" if you can assist in teaching; "3" if it is a hobby.)

**ADVENTURE**
- __Backpacking
- 3 Bicycle Trips
- __Camp Craft
- __Hiking
- __Orienteering
- __Outdoor Cooking
- __Ropes Course
- 2 Survival Skills

**NATURE**
- __Animal Care
- __Astronomy
- 2 Computers
- __Ecology
- __Farming/Gardening
- __Nature Study
- 3 Radio/Electronics
- __Rocketry
- __Weather

**SPORTS**
- __Archery
- 3 Baseball
- 3 Basketball
- 2 Field Hockey
- 2 Floor Hockey
- 3 Football
- 2 Soccer
- 3 Softball
- 3 Wrestling
- __Horseback Riding
- __Cheerleading
- 3 Volleyball
- __Lacrosse
- __Martial Arts
- 3 Non- Competitive Games

**WATERFRONT**
- __Canoeing/Kayaking
- __Diving
- __Rowboating
- __Sailing
- __Scuba/Snorkeling
- __Swim
- __Waterskiing
- __Windsurfing

**ARTS/CRAFTS PERFORMING ARTS**
- __Tennis
- __Ceramics
- __Crafts
- __Jewelry Making
- 1 Drawing
- __Journalism
- __Metal Work
- 1 Painting
- __Directing
- 1 Photography
- __Pottery
- __Stained Glass
- __Video
- __Weaving
- __Woodworking

- __Aerobics
- __Ballet
- __Tumbling
- __Folkdance
- __Mod/Jazz Dance
- 1 Instrumental Music (Please Describe): Play the drums
- 1 Skits
- __Singing
- __Stagecraft
- __Theater Arts
- __Step
- __Gymnastics

**SUPPORT SERVICES**
- __Health Care
- __Food Service
- __Maintenance
- __Driving
- __Office Skills

**OTHER SKILLS:** Drawing pictures

2

Do you hold current certification in the following areas:
Life Saving **No** Date_____ Water Safety Instruction **No** Date_____
First Aid **No** Date_____ CPR **No** Date_____

Do you hold a current driver's license? **No** Date_____ Has your license ever been suspended or revoked?
If so, why? _____

5. REFERENCES (list 3 individuals, *not related to you*, who have knowledge of your character, experience and ability.)

| Name | Address/ City, State, Zip | Phone Number | Position |
|---|---|---|---|
| 1. George Gunter | 191 Boston Rd | 796-3081 | Janitor |
| 2. Jermaine Pam | 56 Dummorland St | 737-2694 | Cook |
| 3. Eric Griffith | 29 Mulberry St | 827-3022 | Cook |

Have you ever been convicted of a crime within the past five (5) years? If yes, please explain.
No

6. Describe your experiences or training that may have a bearing on the position for which you are applying:
I used to be in the culinary arts department in my former school.

7. What are your hobbies/ favorite pastimes?
I like to follow the game of basketball and play it also.

8. How do you hope your experience at Camp Atwater will enhance your own life?
I hope it will give me more experience in the work field.

9. As a staff member, what will you be able to contribute to Camp Atwater?
I can be a great leader.

3

IMPORTANT REMINDERS:

Students:

If you are a student seeking employment as a counselor, please send this application with a copy of a school transcript. Once we have reviewed your application, we will contact you within two weeks. Please make sure that your addresses and expiration dates are correct as well as phone numbers; if you need to list a cell phone number, please do so.

All Staff:

Once hired, all camp staff will be required to send in a Criminal Background Check from your local or state police station as well as a signed medical form listing up-to-date Immunizations. You must have completed a physical examination within the last six (6) months of employment and be cleared to participate in camp activities.

APPLICANT'S STATEMENT:

This application has been completed truthfully and without evasion on my part. I hereby authorize the Urban League to investigate any or all of my statements, including references, in considering me for employment. I understand that any false statements or omissions are sufficient cause for rejection of this application, or dismissal after employment. I also understand that my application is subject to a Criminal Offender Record Investigation (CORI) and authorize such investigation.

Applicant's Signature _Brian Jones_ Date _6/10/03_

---

**For SUL Use Only**

Date Received: _____
Reviewed By: _____
Date Interviewed: _____
Notes: _K.P. Hired_ _____
_____
_____
_____

4