## DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

ATTORNEYS AT LAW
ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111

TELECOPIER (413) 734-3910
WWW.DWPM.COM

PAUL S. DOHERTY
PHILIP J. CALLAN, JR
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. McCARTHY
DAVID J. MARTEL‡
BARRY M. RYAN
DEBORAH A. BASILE†
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET*
BERNADETTE HARRIGAN‡
BRENDA S. DOHERTY
MICHELE A. ROOKE
KAREN K. CHADWELL*†

MATTHEW J. RYAN, JR.
OF COUNSEL
ROSEMARY CROWLEY***
COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)
ROBERT E. MURPHY
(1919-2003)
SAMUEL A. MARSELLA
(1931-2004)

† REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA
*** ALSO ADMITTED IN SOUTH CAROLINA

October 31, 2005

VIA TELECOPIER – 788-7996
AND FIRST CLASS MAIL

Suzanne Garrow, Esq.
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103

Re:    Jones v. Urban League of Springfield, Inc.

Dear Attorney Garrow:

I have listed below the privilege log for documents that may fall within the various discovery requests we discussed but which I believe are not discoverable either because of attorney/client privilege or the attorney work product exception to discovery.

| DATE OF DOCUMENT | DESCRIPTION OF DOCUMENT | AUTHOR | RECIPIENT |
|---|---|---|---|
| 10/20/03 | Attorney's Notes | Attorney Leonard | None |
| 10/21/03 | Attorney's Notes | Attorney Leonard | None |
| 10/22/03 | Attorney's Notes | Attorney Leonard | None |
| 10/22/03 | Letter | Attorney Leonard | Client |
| 5/5/04 | Letter | Attorney Leonard | Client |
| 5/12/04 | Letter | Client | Attorney Leonard |
| 5/12/04 | Letter | Attorney Leonard | Client |
| Undated but subsequent to April 7, 2004 | Attorney's Notes | Attorney Leonard | None |
| 8/24/05 | Attorney's Notes | Attorney Leonard | None |
| 8/24/05 | Letter | Attorney Leonard | Client |

287915.1

DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

Suzanne Garrow, Esq.
October 31, 2005
Page 2

If you have any questions or comments, please call me.

Very truly yours,

Robert L. Leonard

RLL/tas

287915.1