UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN JONES,
    Plaintiff,

v.

THE URBAN LEAGUE OF SPRINGFIELD, INC. and CAMP ATWATER,
    Defendants.

DOCKET NO. 04-cv-30215-KPN

## AFFIDAVIT OF SUZANNE GARROW

I, Suzanne Garrow, being duly sworn, hereby depose and state:

1. I am counsel for the plaintiff in this matter.

2. I sent a written complaint of sexual harassment on behalf of my client to the Urban League of Springfield's President, Henry Thomas, on September 20, 2003.

3. Mr. Jones' Massachusetts Commission Against Discrimination Charge of discrimination was filed in March 2004, and his Complaint in federal court was filed in November 2004.

4. I received a response dated May 12, 2004 on behalf of my client to his Charge of discrimination filed at the Massachusetts Commission Against Discrimination.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: November 3, 2005          /s/Suzanne Garrow
                                                 Suzanne Garrow