UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRIAN JONES, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-30215-MAP |
| | ) | |
| THE URBAN LEAGUE OF | ) | |
| SPRINGFIELD, INC., and CAMP | ) | |
| ATWATER, | ) | |
|     Defendants | ) | |

FURTHER SCHEDULING ORDER
December 16, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference on December 15, 2005:

1. The remaining discovery shall be provided by January 13, 2006.

2. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by February 15, 2006.

3. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by March 15, 2006.

4. All expert depositions shall be completed by March 31, 2006.

5. Defendant shall file its motion for summary judgment by April 21, 2006, or inform the court in writing by that date that no such motion will be filed.

6. Plaintiff's opposition to the motion for summary judgment, if any, shall be filed by May 10, 2006, and Defendant may reply by May 17, 2006.

7.	If no dispositive motion is filed the parties shall appear for a final pretrial conference on June 1, 2006, at 2:00 p.m. in Courtroom One.  Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(d) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED: December 16, 2005

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge