UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

BRIAN JONES,

              Plaintiff,                  DOCKET NO.  04-cv-30215-MAP

v.

THE URBAN LEAGUE OF
SPRINGFIELD, INC. and
CAMP ATWATER,
              Defendants.
_____

## ASSENTED TO MOTION TO CONTINUE TRIAL DATE

      The plaintiff respectfully submits this Assented to Motion to Continue Trial Date.  The plaintiff hereby moves this Court to continue the trial in this case, currently scheduled for June 19-23, 2006, until a period of the same length beginning after July 4, 2006, to be scheduled at the Court's convenience.

      As grounds therefore, the plaintiff states:

      1.     The plaintiff's attorney has been invited to attend a work-related conference that will occur during the days in which the trial is currently scheduled.  She was unaware of this conference at the time that the trial was scheduled.

      2.     Plaintiff's attorney believes that attending this conference will be of invaluable assistance to her in her practice of law, and she has received a grant to attend.

      3.     ***The defendants assent to this motion.***

WHEREFORE, for all the foregoing reasons, the plaintiff respectfully requests that the Court continue the trial date from June 19-23, 2006 to a period of equal length beginning after July 4, 2006 and scheduled at the convenience of the Court.

                                                      THE PLAINTIFF
                                                      By his Attorney,

Dated:  April 27, 2006                /s/ Suzanne Garrow
                                                      Suzanne Garrow BBO# 636548
                                                        Heisler, Feldman, McCormick, & Garrow P.C.
                                                         1145 Main Street, Suite 508
                                                         Springfield, MA 01103
                                                         (413) 788-7988

## CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

                                                            /s/ Suzanne Garrow
                                                          Suzanne Garrow