```
           UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS


BRIAN JONES,                  )
       Plaintiff              )
                              )
           v.                 ) CIVIL ACTION NO. 04-30215-MAP
                              )
URBAN LEAGUE OF SPRINGFIELD,  )
ET AL,                        )
       Defendants             )
```

FURTHER SCHEDULING ORDER

July 13, 2006

PONSOR, D.J.

Counsel appeared for a final pretrial conference on July 12, 2006. Based on counsel's representations, the court orders as follows:

   1. This case is hereby referred to Chief Magistrate Judge Kenneth P. Neiman for mediation. The Magistrate Judge's clerk will be in touch with counsel to establish a date for the mediation.

   2. Trial in this matter will commence on November 27, 2006 at 10:00 a.m. Counsel will appear for a conference that day at 9:00 a.m. prior to the commencement of jury selection at 10:00 a.m.

   3. Motions in limine, proposed voir dire questions and proposed jury instructions will be filed no later than November 20, 2006.


   It is So Ordered.


                              /s/ Michael A. Ponsor

                              **MICHAEL A. PONSOR**
                              **United States District Judge**