**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

BRIAN JONES
        Plaintiff

    V.

URBAN LEAGUE OF SPRINGFIELD, et al.
        Defendants

CIVIL ACTION

NO.  04-30215-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  Ponsor

[X]  The above entitled case was reported settled in principle after referral to the ADR Program, but prior to ADR.

[X]  On  September 28, 2006   I held the following ADR proceeding:

| | |
|---|---|
| __ SCREENING CONFERENCE | __ EARLY NEUTRAL EVALUATION |
| X  MEDIATION | __ SUMMARY BENCH / JURY TRIAL |
| __ MINI-TRIAL | __ SETTLEMENT CONFERENCE |

[X]  All parties were represented by counsel  [except _____]

[X]  The parties were present in person, by telephone or by authorized corporate officer or representative

The case was:

[X]  Settled.  A  30  day order of dismissal has been entered.

[ ]  There was progress.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

[ ]  Other:_____


September 28, 2006
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, U.S. Magistrate Judge