UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN JONES,                      )
        Plaintiff      )
                       )
                       )
    v.              )    Civil Action No. 04-30215-MAP
                       )
                       )
URBAN LEAGUE OF SPRINGFIELD,   )
et al.,                        )
        Defendants    )

### SETTLEMENT ORDER OF DISMISSAL
October 2, 2006

The court, having been advised on September 28, 2006, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk