UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN JONES,

          Plaintiff,

v.

THE URBAN LEAGUE OF
SPRINGFIELD, INC. and
CAMP ATWATER,

          Defendants.

DOCKET NO. 04-cv-30215-MAP

FILED
IN CLERK'S OFFICE

2006 DEC -5 P 4:19

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(1)(ii), Plaintiff Brian Jones and Defendants The Urban League of Springfield, Inc. and Camp Atwater stipulate to the dismissal of the Plaintiff's complaint filed in this matter. The parties to bear their own costs.

Respectfully submitted,

BRIAN JONES,
By his Attorney,

/s/ Suzanne Garrow
Suzanne Garrow
BBO# 636545
Heisler, Feldman, McCormick,
    & Garrow, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103
(413) 788-7988

THE URBAN LEAGUE OF
SPRINGFIELD, INC. and
CAMP ATWATER,
By their Attorney,

/s/ Robert Leonard
Robert Leonard
BBO# 294060
Doherty, Wallace, Pillsbury & Murphy
One Monarch Place
Springfield, MA 01144
(413) 737-4753

Dated: 12/5/06